ERNEST D. BARRETT and Others, Appellants, v. SAMUEL KELLER JACOBS, Respondent.[*]— Order denying plaintiffs' motion for summary judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No issues of fact exist which are determinative of this litigation. Such issues of fact as appear in the record concern matters which have no legal significance in view of the existence of the undisputed controlling facts which appear in the record. The issue is, therefore, purely one of law and reveals a situation where the plaintiffs have earned and have become entitled to their brokerage under the terms of the instrument of June 11, 1929, as accepted by the defendant. Rich, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Kapper, J., dissent, being of opinion that the papers show that there is a question of fact to be tried.

ESTHER T. CRATER, Respondent, v. CAMET CONSTRUCTION CORPORATION and Others, Appellants, and Another, Defendant.— Judgment modified by reducing the damages allowed by the court for injuries sustained by the plaintiff to the sum of $538.66, and as so modified unanimously affirmed, without costs. We are of opinion that the expense incurred by the plaintiff for necessary excavation and survey to determine whether or not the defendants' wall encroached upon the plaintiff's property may not be recovered, for the reason that such damages were not the natural and proximate result of the defendants' wrong. Findings of fact and conclusions of law inconsistent herewith are reversed and such new findings and conclusions will be made as may be necessary to sustain the judgment. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ. Settle order on notice.

JOHN F. DANIELL and Others, as Executors, etc., of VERA L. S. DANIELL, Deceased, Respondents, v. JOSEPHINE LAWRENCE HOPKINS and Others, Appellants. JOHN F. DANIELL and THE EQUITABLE TRUST COMPANY OF NEW YORK, as Administrator de Bonis Non of the Estate of RUSSELL HOPKINS, Deceased, Respondents.— Judgment modified so as to provide that the plaintiffs, respondents, executors of the last will and testament of Vera L. S. Daniell, deceased, be authorized and empowered to sell the cemetery lot involved, not by virtue of the power of sale contained in said last will and testament, but in furtherance of the enforcement of the equitable lien of the Equitable Trust Company of New York, as administrator de bonis non of the estate of Russell Hopkins, deceased. As so modified, the judgment is unanimously affirmed, with costs to the administrator de bonis non. The situation presented is not one in which the court should, in the exercise of its discretion, make a declaratory judgment with respect to the power of sale contained in the will. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Young, Kapper, Hagarty, Carswell and Scudder, JJ. Settle order on notice.